UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                  :        Misc. No.

PACER FEE EXEMPTION      :                19 03002

                                        :

---

### ORDER

AND NOW, this 13th day of February, 2019, upon consideration of the request of Scott Waterman, Chapter 13 Standing Trustee, for an exemption from the Public Access to Court Electronic Records (PACER) Fee Schedule, AND this Court finding that (1) the request comes from a class of individuals (i.e., bankruptcy case trustees) to whom the Court may grant an exemption; (2) the exemption is necessary to avoid unnecessary administrative burdens; (3) the exemption is for a proper duration and monitored for proper use; and (4) the users have agreed to use the information collected for the efficient administration of the Office of the Standing Chapter 13 Trustee.

It is hereby **ORDERED** that the request is **GRANTED**. A waiver of PACER fees for accessing documents of record shall be effected for the benefit of Scott Waterman in his capacity as Standing Chapter 13 Trustee under PACER Administrative Account (PAA) No. 5847134, commencing as of the date of this order and continuing for the duration of his capacity as Standing Trustee. All individuals named in the itemized Attachment A under the PAA shall be exempt from PACER fees while under the supervision of the Standing Trustee, but it is incumbent upon the Office of the Standing Trustee to promptly notify the Court of any personnel changes that impact access to PACER, and to submit a revised administrative order if

modifications are necessary to protect the integrity of the PACER system.

                                             _____
                                             Magdeline D. Coleman, Bankruptcy Judge

cc:    Scott Waterman, Esq.
        PACER Service Center